KARASIK et al. v. PEOPLE'S TRUST CO.

(Circuit Court of Appeals, Second Circuit. April 24, 1918.)

No. 239.

Appeal from the District Court of the United States for the Eastern District of New York.

Suit by Louis Karasik and others, as trustees in bankruptcy of the Franklin Brewing Company, against the People's Trust Company, individually and as trustee under an alleged mortgage. From a decree for complainants (252 Fed. 324), defendant appeals. Affirmed.

See, also, 241 Fed. 939.

Wingate & Cullen, of New York City (H. F. Cochrane, of Brooklyn, N. Y., of counsel), for appellant.

S. E. Maires, of Brooklyn, N. Y., for appellees.

Before ROGERS, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Decree appealed from affirmed, with costs.